IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RMAIL LIMITED, RPOST COMMUNICATIONS LIMITED, and RPOST HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RIGHT SIGNATURE, LLC, FARMERS GROUP, INC., and FARMERS INSURANCE COMPANY, INC., <br><br> Defendants. | CASE NO. 2:11-cv-300-JRG-RSP |

## ORDER

Before the Court are Defendants Docusign, Inc., Right Signature, LLC, Farmers Group, Inc., and Farmers Insurance Company, Inc.'s (collectively "Defendants") Motion to Transfer Venue (Dkt. No. 21) and Motion to Strike Declaration of Zafar Khan (Dkt. No. 48). Further before the Court are Plaintiffs RPost Holdings, Inc., RPost Communications Limited, and RMail Limited's (collectively "RPost") Motion to Strike Defendants' Notice of Additional Authority (Dkt. No. 39) and Motion for Leave to File Corrected Plaintiffs' Opposition to Defendants' Motion to Transfer Venue (Dkt. No. 50). On February 15, 2013, the Court held a hearing on these motions and heard evidence in regard to Defendants' Motion to Transfer Venue. As announced in open court and for the reasons stated therein,

**IT IS ORDERED** that Defendants' Motion to Transfer Venue (Dkt. No. 21) is **DENIED**;

**IT IS ORDERED** that Defendants' Motion to Strike Declaration of Zafar Khan (Dkt. No. 48) is **DENIED**;

1

**IT IS ORDERED** that RPost's Motion to Strike Defendants' Notice of Additional Authority (Dkt. No. 39) is **DENIED**;

**IT IS ORDERED** that RPost's Motion for Leave to File Corrected Plaintiffs' Opposition to Defendants' Motion to Transfer Venue (Dkt. No. 50) is **GRANTED**.

**So ORDERED and SIGNED this 25th day of February, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE